UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Troy L. Nunley<br>United States District Judge<br>Sacramento, California | RE:  Kayode George Gansah<br>Docket Number:  0972 2:14CR00261-001<br>**DISMISSAL OF VIOLATION**<br>**PETITION** |

Your Honor:

The above-noted individual is presently pending a supervised release violation.  The offender was originally convicted and sentenced in the Northern District of California (ND/CA) Docket Number 0971 4:08CR00449-001.  He pled guilty to a violation of 18 USC 911(g)(1) – Felon in Possession of a Firearm.  On May 1, 2009, he was sentenced to 70 months custody and 3 years supervised release.  Supervised release began on March 7, 2014, in the Northern District of California.

On July 31, 2014, the offender was arrested in the Eastern District of California (ED/CA) and charged with a violation of California Penal Code § 12021(A) – Felon in Possession of a Firearm.  On August 1, 2014, a supervised release violation warrant was filed.  On October 9, 2014, The United States Attorney's Office in the ED/CA filed an indictment on the gun charge (Docket Number 2:14CR00280-001.)  On September 25, 2014, the supervised release violation case (ND/CA Docket Number 0971 4:08CR00449-001) was transferred from the ND/CA to the ED/CA, and assigned to Your Honor under Docket Number 2:14CR00261-001.

The offender made an initial appearance in the ND/CA on the supervised release violation petition prior to transfer of jurisdiction.  The offender has made no appearances before Your Honor and remains in custody.  The offender has entered into a plea, wherein he admits to the sole count in the indictment, 18 USC 922(g)(1).  The sentencing guideline range pursuant to the plea agreement appears to be 45 to 57 months, and the offender has agreed to be sentenced within the applicable guideline range.

RE:     **Kayode George Gansah**
        **Docket Number:   0972 2:14CR00261-001**
        <u>**DISMISSAL OF VIOLATION PETITION**</u>

Both government and defense counsel in this case have agreed that the present violation petition pending should be dismissed in the interest of justice.  The undersigned has no objection and proposes a recommendation to the Court that the present violation petition in Docket Number 2:14CR00261-001 be dismissed.

Respectfully submitted,

/s/ Glenn P. Simon

Glenn P. Simon
Senior United States Probation Officer

Dated:   December 29, 2016
         Sacramento, California
         GPS:cd

                    /s/ George A. Vidales
**REVIEWED BY:**    **George A. Vidales**
                    **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒  Approved          ☐  Disapproved

December 29, 2016
**Date**                              **Troy L. Nunley**
                                      **United States District Judge**

cc:     Jason Hitt
        Assistant United States Attorney

        Paul Irish
        Defense Counsel

2